THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tavia Chamar
 Murray, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2008-UP-303
 Submitted June 2, 2008  Filed June 11,
2008    

DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM: Tavia
 Murray appeals her guilty plea to possession
 with intent to distribute crack, distribution of crack, possession with intent
 to distribute crack within proximity of a park, and distribution of crack
 within proximity of a park.  Murray contends the circuit court committed reversible
 error in accepting her guilty plea without obtaining a waiver of her right to
 confrontation, thereby failing to comply with the mandates of Boykin v.
 Alabama, 395 U.S. 238 (1969).  In a separate pro se argument,
 Murray argues her counsel was ineffective, her guilty plea was obtained
 through threats, officers violated her privacy, and officers dismissed charges
 on an informant in a conspiracy to place charges on her.  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Murrays
 appeal and grant counsels motion to be relieved.[1]
DISMISSED. 
HEARN,
C.J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.